THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM J. WHITE, Appellant.

*People* v. *White,* 88 App. Div. 620, affirmed.
(Argued March 23, 1904; decided April 8, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1903, which affirmed a judgment of the Cayuga County Court entered upon a verdict convicting the defendant of a violation of the Liquor Tax Law.

*Amasa J. Parker* and *Dudley K. Wilcox* for appellant.

*Harry T. Dayton, District Attorney (Albert H. Clark* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.; not voting O'BRIEN, J.

---

DAVID ABRAHAM, Respondent, *v.* IDA BURSTEIN et al., Appellants.

*Abraham* v. *Burstein,* 82 App. Div. 631, affirmed.
(Argued March 23, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Louis Burstein* and *Jacob Mylburn Schoenfeld* for appellants.

*Francis A. McCloskey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.